UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

In Re:                                          *

MARSHA JOHNSON ROBINSON   *   BANKRUPTCY NO. 12-14063 DER

Debtor                    *   Chapter 13

\* \* \* \* \* \* \* \* \* \* \*

## MOTION TO DISMISS CASE UNDER SECTION 1307 (b)

Marsha Johnson Robinson, the debtor, by and through her attorney, James L. Wiggins, Esq., represents and states as follows:

1. The debtor is no longer able to comply with her Chapter 13 plan and does not desire to modify the plan.

2. This Chapter 13 case has not been converted to Chapter 13 from another chapter of the Bankruptcy Code.

3. Under section 1307(b) of the Bankruptcy Code, the debtor is entitled to have this Chapter 13 case dismissed at any time, and the debtor, by this motion, respectfully requests that such case be dismissed and the estate closed as soon as practicable.

WHEREFORE, the debtor, pursuant to Rule 1017(d) of the Rules of Bankruptcy Procedure, moves this honorable court to enter an order dismissing this case and closing the estate as soon as practicable.

Date: July 8, 2014                    /s/ Marsha Johnson Robinson
                                      Marsha Johnson Robinson

Respectfully Submitted:

/S/ James L. Wiggins
James L. Wiggins, Esquire
1800 North Charles Street
Suite 304
Baltimore, Maryland 21201
(410) 539-2244

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion To Dismiss Case Under Section 1307(b) was sent electronically to those parties on the Court's CM/ECF service list and/or by first class mail; postage prepaid, this 8th day of July, 2014 to:

| | |
|---|---|
| Office of the U.S. Trustee<br>300 West Pratt Street<br>Suite 350<br>Baltimore, MD 21201 | Nancy Spencer Grisby, Esq.<br>Chapter 13 Trustee<br>4201 Mitchellville Road<br>Suite 401<br>Bowie, MD 20716 |

/s/ James L. Wiggins
    James L. Wiggins